IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

SALIX PHARMACEUTICALS, INC.,

                      Plaintiff,

      v.                              Civil Action Number 3:04CV412-JRS

PBM PHARMACEUTICALS, INC.,

                      Defendant.

## **FINAL ORDER**

THIS MATTER is before the Court following a bench trial on the remainder of Plaintiff Salix Pharmaceuticals, Inc.'s Amended Complaint and Defendant PBM Pharmaceuticals, Inc.'s Counterclaims. Upon due consideration, and for the reasons stated in the accompanying Memorandum Opinion, the Court FINDS in favor of Plaintiff Salix Pharmaceuticals and AWARDS judgment in the principal amount of $385,660.00. The Court AWARDS Salix interest in the amount of $4,549.42.

Additionally, the Court AWARDS Salix $1,855.00 for expenses occurred during PBM's September 11, 2003 audit, plus interest in the amount of $24.67.

The total amount due to Salix pursuant to this Judgment and Order is $392,089.09.

The parties are reminded that they may appeal this Order but they must file a notice of appeal within thirty (30) days of entry of this Order. See Fed. R. App. P. 4(a)(1)(A).

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

ENTERED this  8th  day of AUGUST, 2005

      /s/ James R. Spencer

JAMES R. SPENCER
UNITED STATES DISTRICT JUDGE